**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** | ) <br> ) <br> ) | |
| **v.** | ) | **No. 2:25-cr-20408-MSN** |
| **DANTHONY CONLEY,** <br> **Defendant.** | ) <br> ) <br> ) | |

---

**MOTION TO DISMISS CRIMINAL INDICTMENT**

---

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Lauren J. Delery, Assistant United States Attorney, respectfully moves this Honorable Court to dismiss Counts 1, 2, and 3 of the Criminal Indictment in the above-styled and numbered case.

Due to the Supreme Court's recent decision in *United States v. Hemani*, No. 24-1234, the United States respectfully requests that the indictment be dismissed without prejudice.

Respectfully Submitted,

D. MICHAEL DUNAVANT
United States Attorney

<u>/s/ Lauren J. Delery</u>
LAUREN J. DELERY
Assistant United States Attorney
167 N. Main St. Ste. 800
Memphis, TN 38103
(901) 544-4231

**CERTIFICATE OF SERVICE**

I, Lauren J. Delery, Assistant United States Attorney, do hereby certify that a copy of the foregoing has been forwarded to the defendant, through his counsel of record, via email.

This 6th day of July, 2026.

/s/ Lauren J. Delery
LAUREN J. DELERY
Assistant United States Attorney